Holwell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X
Isidore MENDELOVITZ, Derivatively and On
Behalf of Nominal Defendant Express Scripts, Inc.,

    Plaintiff,

- against -

Gary G. BENANAV, Frank J. Borelli, Nicholas J.
LaHowchic, Thomas P. Mac Mahon, John O. Parker,
George Paz, Samuel K. Skinner, Seymour Sternberg,
Barrett A. Toan, and Howard L. Waltman,

    Defendants,

- and -

Express Scripts, Inc., a Delaware Corporation,

    Nominal Defendant.
—————————————————————X

RECEIVED JUN -2 2005 CHAMBERS OF RICHARD J. HOLWELL

Civil Action No. 04 Civ. 8610 (RJH)

**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/05

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby voluntarily dismisses all claims in this action against all defendants, without prejudice, with no award of costs or fees.

Dated: New York, New York
      May 26, 2005

GAINEY & McKENNA

By: _____
Thomas J. McKenna (TM-7109)
485 Fifth Avenue
New York, New York 10017
Telephone: (212) 983-1300

Attorneys for Plaintiff

The Clerk of the Court is directed to close this case.

SO ORDERED:

_____
U.S.D.J.
6/2/05